No. 785. EL PUEBLO, DEMANDANTE Y APELADO, *v.* HIDALGO ET AL., ACUSADOS Y APELANTES.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Marzo 16, 1915. *Confirmada la sentencia.*

No. 1298. YABUCOA SUGAR COMPANY, DEMANDANTE Y APELANTE, *v.* COMPAÑÍA AZUCARERA DEL ESTE ET AL., DEMANDADOS Y APELADOS.—Nulidad de escritura e *injunction.* San Juan, Sección 1ª. Marzo 16, 1915. *Desestimada la apelación.*

No. 807. EL PUEBLO, DEMANDANTE Y APELADO, *v.* SALDAÑA, ACUSADO Y APELANTE.—Seducción. San Juan, Sección 2ª. Marzo 20, 1915. *Confirmada la sentencia.*

No. 1260. CHAVARRÍA, DEMANDANTE Y APELANTE, *v.* PURDY & HENDERSON, INC., DEMANDADA Y APELADA.—Daños y perjuicios. Ponce. Marzo 23, 1915. *Desistida la apelación.*

No. 809. EL PUEBLO, DEMANDANTE Y APELADO, *v.* TORRES, ACUSADO Y APELANTE.—Infracción a la Ley de Sanidad. San Juan, Sección 2ª. Marzo 23, 1915. *Confirmada.*

No. 1301. OPPENHEIMER, ALDERS & Co., DEMANDANTES Y APELADOS, *v.* VIRELLA, ALVAREZ & Co., DEMANDADOS Y APELANTES.—Cobro de dinero. San Juan, Sección 1ª. Marzo 24, 1915. *Desestimada la apelación.*

No. 1305. GARCÍA, DEMANDANTE Y APELANTE, *v.* RODRÍGUEZ, DEMANDADO Y APELADO.—Filiación. Ponce. Marzo 29, 1915. *Desestimada la apelación.*